IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-1069-M |
| ) | |
| IAN S. DUNAWAY, ) | 11-CR-288-L |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 12, 2011, and June 22, 2011, within the exterior boundaries of Grand Teton National Park, in the District of Wyoming the Defendant, IAN S. DUNAWAY, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §844.

Dated this 15th day of December, 2011.

                                      CHRISTOPHER A. CROFTS
                                      United States Attorney

                       By: _____
                             FRANCIS LELAND PICO
                             Assistant United States Attorney